**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DAVID KIRCHER and
MARTINA GLOSTER,

                                        CASE NO. 05-73425
            Plaintiffs,             HON. LAWRENCE P. ZATKOFF

v.

CITY OF YPSILANTI, CHARLES BOULARD,
JOHN ICHESCO, OFFICER DORSEY,
JOHN DOE police officer, and ED KORYZNO,
Individually and in their official capacity,

           Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION TO QUASH SERVICE**
**AND TO DISMISS**

On October 12, 2005, Defendants filed a Motion to Quash Service of Process and to Dismiss for Lack of Personal Jurisdiction. Under the Local Rules of the Eastern District of Michigan, Plaintiff had twenty-one days to respond to Defendant's Motion. *See* E.D. MICH. LR 7.1(d)(1). Plaintiffs failed to respond.

On March 22, 2006, the Court issued an Order to Show Cause which ordered Plaintiffs to show cause in writing by April 4, 2006 as to: "(1) why they failed to respond, (2) why Plaintiffs should not be sanctioned pursuant to Local Rule 11.1 and Fed. R. Civ. P. 11(c), and (3) why Defendant's Motion should not be granted." Plaintiffs failed to respond to the Court's Order.

Accordingly, the Court HEREBY GRANTS Defendants' Motion to Quash Service of Process and to Dismiss. Additionally, by way of sanction, the Court HEREBY ORDERS Plaintiffs to pay

Defendants' costs and attorney fees in litigating this matter. Defendants shall have until June 5, 2006 to file their costs and attorney fees with the Court.

    IT IS SO ORDERED.

                          s/Lawrence P. Zatkoff
                          LAWRENCE P. ZATKOFF
                          UNITED STATES DISTRICT JUDGE

Dated: May 4, 2006

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 4, 2006.

                          s/Marie E. Verlinde
                          Case Manager
                          (810) 984-3290