# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

---

DAVID KIRCHER and
MARTINA GLOSTER,

               Plaintiffs

v

CITY OF YPSILANTI,
CHARLES BOULARD, JON ICHESCO,
OFFICER DORSEY, JOHN DOE police
Officer and ED KORYZNO, individually
and in their official capacity,

               Defendants

Docket No. 05-cv-73425
Judge Lawrence P. Zatkoff

**ORDER DIRECTING PLAINTIFFS TO PAY REASONABLE ATTORNEY FEES AND COSTS**

---

| | |
|---|---|
| DAVID KIRCHER, pro se<br>50 S. Summit Street<br>Ypsilanti, MI  48197 | DAVID K. OTIS (P31627)<br>Plunkett & Cooney, P.C.<br>Attorneys for all Ypsilanti Defendants<br>325 East Grand River Ave., Ste. 250<br>East Lansing, MI  48823<br>517-324-5612 |
| MARTINA GLOSTER, pro se<br>**50 S. Summit Street**<br>Ypsilanti, MI  48197 | GUY T. CONTI (P68889)<br>**JOHN M. BARR (P10475)**<br>Barr, Anhut & Associates, P.C.<br>Attorneys for all Ypsilanti Defendants<br>105 Pearl Street<br>Ypsilanti, MI  48197<br>(734) 481-1234 |

       The law firm of Barr, Anhut & Associates, P.C., having timely submitted to this Court an invoice detailing their reasonable attorney fees and costs in this matter, are entitled to joint and several payment from Plaintiff in the amount of $1,840.30 and it is SO ORDERED that Plaintiffs so pay.

                                                      s/Lawrence P. Zatkoff
                                                      LAWRENCE P. ZATKOFF
                                                      UNITED STATES DISTRICT JUDGE

Dated:  May 16, 2006

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 16, 2006.

                                            s/Marie E. Verlinde
                                            Case Manager
                                            (810) 984-3290