UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---

| | |
|---|---|
| DAVID KIRCHER and<br>MARTINA GLOSTER,<br><br>          Plaintiffs<br><br>v<br><br>CITY OF YPSILANTI, CHARLES BOULARD, JON ICHESCO, OFFICER DORSEY, JOHN DOE police Officer and ED KORYZNO, individually and in their official capacity,<br><br>          Defendants | Docket No. 05-CV-73425<br>Judge Lawrence P. Zatkoff<br><br><br><br><br><br>**NOTICE AND ORDER OF SUBSTITUTION** |

---

| | |
|---|---|
| GEORGE E. WARD  P-21970<br>Attorney for David Kircher<br>13900 Sibley Rd<br>Riverview MI 48193<br>734 812-4173 | DAVID K. OTIS (P31627)<br>Plunkett & Cooney, P.C.<br>Attorneys for all Ypsilanti Defendants<br>325 East Grand River Ave., Ste. 250<br>East Lansing, MI 48823<br>517-324-5612 |
| | KARL A. BARR  P-57467<br>JOHN M. BARR (P10475)<br>Barr, Anhut & Associates, P.C.<br>Co-Counsel for all Ypsilanti Defendants<br>105 Pearl Street<br>Ypsilanti, MI 48197<br>(734) 481-1234 |

---

    PLEASE TAKE NOTICE that Karl A. Barr hereby enters his appearance on behalf of the City of Ypsilanti, Charles Boulard, Jon Ichesco, Officer Dorsey, John Doe and Edward Koryzno in the above-captioned matter in place of Guy T. Conti who departed the firm of Barr, Anhut & Associates, P.C., on February 15, 2008.

                                        BARR, ANHUT & ASSOCIATES, P.C.

BY: _____[signature]_____
        GUY T. CONTI  P-68889

BY: _____Karl A Barr_____  w/permission GCnt
        KARL A. BARR  P-57467
        Attorneys for Defendants

Dated: March 20, 2008

**IT IS ORDERED** that Karl A. Barr is substituted for Guy T. Conti.

Lawrence P. Zatkoff, US District Court Judge

Dated: _____